GULFPORT & MISSISSIPPI COAST TRACTION CO. *v.* KEEBLER.

[94 South. 795, No. 22953.]

DAMAGES. *Error to tell jury to award damages not exceeding amount sued for when such amount would be excessive.*

An instruction that the jury could fix the damages at any amount, not exceeding the amount sued for, was erroneous and may have induced an excessive verdict, where the damages sued for would have been excessive.

APPEAL from circuit court of Harrison county.

HON. D. M. GRAHAM, Judge.

Action by T. A. Keebler against the Gulfport & Mississippi Coast Traction Compay. From a judgment for plaintiff, defendant appeals. Affirmed, with remittitur.

*White & Ford, B. E. Eaton* and *T. J. Wills,* for appellant.

*Gex & Waller,* for appellee.

HOLDEN, J., delivered the opinion of the court.

After a careful consideration of the record in this case, we think the judgment of the lower court as to liability is right and must be affirmed; but we are of opinion the amount of the damages assessed, eight thousand dollars, is excessive, and may have been induced by the erroneous instruction No. 2 given the plaintiff below, which told the jury they could fix the damages at any amount not to exceed the amount (ten thousand dollars) sued 'for, which assessment, if made, would have been excessive. *A. & V. R. R. Co.* v. *Dennis* (Miss.) 91 So. 4.

If the appellee will enter a *remittitur* reducing the amount to six thousand dollars, the judgment will be affirmed; otherwise it will be reversed as to amount of damages only.

*Affirmed with remittitur.*